JS6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MEHRAN TAHERIAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ANTONY J. BLINKEN, *et al.*, <br> Defendants. | Case No. 8:23-cv-01927-RGK-ADS <br><br> [PROPOSED] <br> **FINAL JUDGMENT** <br><br> Honorable Judge R. Gary Klausner. |

THIS MATTER having come before the Court by way of a trial on the briefs by Plaintiffs Mehran Taherian, *et al.* ("Plaintiffs") and Defendants Antony J. Blinken, *et al.* ("Defendants") seeking judgment;

The Court having previously dismissed Count I of Plaintiffs' Complaint with prejudice upon Defendants' Motion to Dismiss on January 16, 2024;

The Court having considered the Certified Administrative Records lodged by Defendants and the trial briefing in support of and in opposition to judgment on Plaintiffs' remaining claims (Counts II through V); and

The Court having entered its Order on the Court Trial on the Briefs on November 26, 2024, and finding good cause therefore;

IT IS on this **11TH** day of December, 2024,

ORDERED, ADJUDGED, AND DECREED that:

1. Judgment shall be entered in Defendants' favor and against Plaintiffs on the remaining claims (Counts II through V) raised in the Complaint and this action; and,

2. Each party shall bear its own attorney's fees, costs, and disbursements incurred in this action.

The provisions of this Final Judgment constitute a full and complete adjudication of the matters considered and adjudged herein, and the Court determines that there is no just reason for delay in the entry of judgment. The Clerk is hereby directed to immediately enter this Final Judgment.

IT IS SO ORDERED

Dated: **12/11/2024**

*/s/ Gary Klausner*
HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE